UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:20-cr-00097-JRS-TAB |
| MICHEAL FISHER, | ) ) | -05 |
| Defendant. | ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 28, 2025, the Magistrate Judge submitted her Report and Recommendation (ECF No. 1656) regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision pursuant to Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583. The parties failed to file objections within fourteen days after service of the Report and Recommendations. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 5/15/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all parties of record via CM/ECF.

Electronic Notice to USPO
Electronic Notice to USM-C

–1–